IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60405
Summary Calendar
_____

OSCAR ARNOLDO LOPEZ;
ANA FRANCESCA LAZO-MONTIEL DE LOPEZ,

Petitioners,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
A29 952 489, A29 952 491

_____

February 29, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Oscar Lopez and Ana Francesca Lazo-Montiel de Lopez, citizens of El Salvador, assert that the Board of Immigration Appeals ("BIA") abused its discretion in denying their applications for asylum and withholding of deportation. We have reviewed the record and find that the BIA's affirmance of the Immigration Judge's decision denying the Lopezes' applications was supported by substantial evidence. See Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994).

The petition for review is DENIED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.